# United States Court of Appeals
## For the First Circuit

Nos. 10-1526,
    10-2164

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS ORLANDO MONSERRATE-VALENTÍN,
JAVIER FIGUEROA-VEGA,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on September 6, 2013, is amended as follows:

On page 30, line 19: replace "April 30, 2013" with "April 30, 2004"